371 A.2d 217
Berger et al., Appellants, v. Wood et ux.

544　

 Submitted June 28, 1976. James W. McNulty, and Rosser, McDonald, Marcus & Foley, for appellants; Maxwell H. Cohen, for appellees.

Decree affirmed.